## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 265 MAL 2017

           Respondent                  :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
           v.                        :

                                  :

TYLER STEVEN MARLATT,           :

                                  :

           Petitioner                   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.